IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY MANNS,

        Petitioner,

  v.

TRATE,

        Respondent.

No. 1:23-CV-1382-WBS-SKO

ORDER

        Petitioner, a prisoner proceeding pro se, brings this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On September 27, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. On October 24, 2023, Petitioner filed a motion requesting leave to file an amended petition to present cognizable claims. On October 25, 2023, the Magistrate Judge granted Petitioner leave to file a first amended petition. On December 4, 2023, Petitioner filed a first amended petition. On December 7, 2023, the Magistrate Judge issued a supplemental findings and recommendations which recommended the amended petition be dismissed with prejudice for failure to state a claim and contained notice that the parties may file objections within the time specified therein. No objections to the supplemental findings and

1  recommendations have been filed.

2        The Court has reviewed the file and finds the findings and recommendations to be

3  supported by the record and the Magistrate Judge's analysis.

4        Accordingly, IT IS HEREBY ORDERED as follows:

5        1.   The findings and recommendations filed September 27, 2023, ECF No. 5,

6  as supplemented by findings and recommendations filed on December 7, 2023, ECF No. 13, are

7  adopted in full.

8        2.   This action is DISMISSED with prejudice.

9        3.   The Clerk of the Court is directed to enter judgment and close this file.

10  Dated:  July 19, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE